# Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

*Jane L. McDonald, Counsel*　　　　　　　　　　　　　　　　　　　　　　　*Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*　　　　　　　　　　　　　　　　　*Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*　　　　　　　　　　　　　　　　　　　*Jenai M. Cerquoni\**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*\*Certified Bankruptcy Assistant*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　†*Fellow, American College of Bankruptcy*

August 24, 2016

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, NJ 08102

　　　　RE:　Chapter 13 Bankruptcy Proceeding
　　　　　　　Debtor's Name: Edwin Cruz
　　　　　　　Case Number: 13-29342 (JNP)
　　　　　　　Hearing Date: September 22, 2016 at 2:00 p.m.

Dear Judge Poslusny:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application fails to indicate a new and/or correct monthly Trustee payment going forward.  Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $463.75 per month for the remaining ten (10) months starting September 1, 2016.

Please note that Debtor(s)' counsel will be required to submit the amended order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.

As always, the Court is welcome to contact the Trustee with any concerns.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13
　　　　　　　　　　　　　　　　　　　　STANDING TRUSTEE

　　　　　　　　　　　　　　　　　　　　/s/ Isabel C. Balboa
　　　　　　　　　　　　　　　　　　　　Isabel C. Balboa
　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:kes
cc:　　Seymour Wasserstrum, Esquire
　　　　Edwin Cruz

Cherry Tree Corporate Center　　　　　　　　　　　　　　　　　　　　　　　**Payments Only:**
535 Route 38
Suite 580　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 1978**
Cherry Hill, NJ 08002　　　　　　　　　　　　　　　　　　　　　　　　　　**Memphis, TN 38101-1978**
(856) 663-5002