Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  13–29342–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Edwin Cruz
    580 Sarah Place
    Vineland, NJ 08360

Social Security No.:
    xxx–xx–1754

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        9/22/16
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

        The following applications for compensation have been filed:

_____

APPLICANT(S)
Seymour Wasserstrum, Attorney

COMMISSION OR FEES
$1,917.00

EXPENSES
$6.67

_____

Creditors may be heard before the applications are determined.

        In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: August 22, 2016
JJW:

                                          James J. Waldron
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-29342-JNP
Edwin Cruz                                                                      Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 2          Date Rcvd: Aug 22, 2016
                             Form ID: 137            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db         +Edwin Cruz,   580 Sarah Place,   Vineland, NJ 08360-2729
cr         +Specialized Loan Servicing, LLC,   8742 Lucent Blvd., Ste. 300,
            Highlands Ranch, CO 80129-2386
514187603  +Ac Collections,   C/O Gregory S. Maslow MD,   602 Little Gloucester Rd,
            Blackwood, NJ 08012-5213
514187621  +Bank of New York Mellon,   Attn Specialized Loan Servicing,   8742 Lucent Blvd, Ste 300,
            Highlands Ranch, CO 80129-2386
514187606  +Bryant State Bank,   500 E 60th Street North,   Sioux Falls, SD 57104-0478
514187608  +First Premier Bank,   601 S Minnesota Avenue,   Sioux Falls, SD 57104-4868
514187609  +Grimley Financial,   C/O Atlanticare Regional Medical,   30 Washington Avenue,
            Haddonfield, NJ 08033-3341
514187614  +Jersey Shore Federal Credit Union,   1434 New Road,   Northfield, NJ 08225-1104
514187615  +Landis Authority,   1776 Mill Rd,   Vineland, NJ 08360-6200
514187616  +Liberal Finance Service,   1160 Parsippany Blvd - PO Box 6,   Parsippany, NJ 07054-0006
514692705  +Liberal Finance Service,   PO Box 6,   Parsippany, NJ 07054-0006
514187619  +Motor Vehicle Commission,   Surcharge Admin Office,   PO Box 136, 4th Floor West,
            Trenton, NJ 08666-0136
514187620   Motor Vehicle Violations Surcharges,   Po Box 4850,   Trenton, NJ  08650-4850
514964841  +SPECIALIZED LOAN SERVICING, LLC,   8742 LUCENT BLVD SUITE 300,
            HIGHLANDS RANCH, COLORADO 80129-2386
514256533   Specialized Loan Servicing, LLC,   PO Box 829009,   Dallas, TX 75382-9009
514300847   Surcharge Administration Office,   State of New Jersey,   PO Box 136, 4th Floor,
            Trenton, NJ 08666-0136
514187622  +Trident Asset Management,   RE: Columbia House DVD,   PO Box 888424,   Atlanta, GA 30356-0424
514187623  +USCB Corp,   C/O Stratford Career Institute,   101 Harrison Street,   Archbald, PA 18403-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2016 23:12:40     U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2016 23:12:36     United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
514187604   +E-mail/Text: EBNProcessing@afni.com Aug 22 2016 23:12:46     AFNI,   C/O Verizon,   PO Box 3097,
            Bloomington, IL 61702-3097
514309612    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2016 23:15:07
            American InfoSource LP as agent for,   Verizon,   PO Box 248838,
            Oklahoma City, OK  73124-8838
514299735    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2016 23:15:07
            American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
            Oklahoma City, OK  73126-8941
514187607   +E-mail/Text: bankruptcy@usecapital.com Aug 22 2016 23:13:40     Capital Accounts,
            C/O Gladwyn D Baptist Md,   2120 Crestmoor Rd Suite 3001,   Nashville, TN 37215-2613
514187610   +E-mail/Text: cio.bncmail@irs.gov Aug 22 2016 23:12:11     Internal Revenue Service,
            1601 Market Street,   Philadelphia, PA 19103-2309
514187617   +E-mail/Text: ebn@ltdfin.com Aug 22 2016 23:12:21     LTD Financial Services,
            C/O Show Master Card/Visa,   7322 Southwest Freeway - Suite 1600,   Houston, TX 77074-2134
514187618   +E-mail/Text: bankruptcydpt@mcmcg.com Aug 22 2016 23:12:35     Midland Credit Management,
            C/O Bank Of America,   8875 Aero Dr.,   San Diego, CA 92123-2255
514332474    E-mail/Text: csidl@sbcglobal.net Aug 22 2016 23:13:02     Premier Bankcard/Charter,
            PO Box 2208,   Vacaville, CA 95696-8208
                                                                                        TOTAL: 10

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514187612*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
            PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   PO Box 724,   Springfield, NJ  07081)
514187611*   Internal Revenue Service,   Special Procedure Branch,   PO Box 744,
            Springfield, NJ  07081-0744
514187613*  +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
514187605   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                            TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Aug 22, 2016
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2016 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2007-9 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor   Specialized Loan Servicing, LLC
          NJ_ECF_Notices@buckleymadole.com
          Seymour  Wasserstrum   on behalf of Debtor Edwin  Cruz mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                     TOTAL: 5
```