UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08052
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

    Edwin Cruz

Order Filed on September 22, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 13-29342

Chapter 13

Judge: JNP

Hearing Date: 9/22/2016 @ 2:00PM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

DATED: September 22, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Edwin Cruz
Case No.: 13-29342/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $1917.00 for services rendered and expenses in the amount of $6.67 for a total of $1923.67 The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors' monthly plan payments increase $463.75 for the remaining 10 months commencing on September 1, 2016 with an amended wage order.