**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edwin Cruz | Social Security number or ITIN  xxx–xx–1754 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–29342–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edwin Cruz

7/19/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W   **Chapter 13 Discharge**   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 13-29342-JNP
Edwin Cruz                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2               Date Rcvd: Jul 19, 2017
                             Form ID: 3180W           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db         +Edwin Cruz,    580 Sarah Place,    Vineland, NJ 08360-2729
cr         +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste. 300,
             Highlands Ranch, CO 80129-2386
514187603  +Ac Collections,    C/O Gregory S. Maslow MD,    602 Little Gloucester Rd,
             Blackwood, NJ 08012-5213
514187621  +Bank of New York Mellon,    Attn Specialized Loan Servicing,    8742 Lucent Blvd, Ste 300,
             Highlands Ranch, CO 80129-2386
514187606  +Bryant State Bank,    500 E 60th Street North,    Sioux Falls, SD 57104-0478
514187609  +Grimley Financial,    C/O Atlanticare Regional Medical,    30 Washington Avenue,
             Haddonfield, NJ 08033-3341
514187614  +Jersey Shore Federal Credit Union,    1434 New Road,    Northfield, NJ 08225-1104
514187615  +Landis Authority,    1776 Mill Rd,    Vineland, NJ 08360-6200
514187616  +Liberal Finance Service,    1160 Parsippany Blvd - PO Box 6,    Parsippany, NJ 07054-0006
514692705  +Liberal Finance Service,    PO Box 6,    Parsippany, NJ 07054-0006
514187619  +Motor Vehicle Commission,    Surcharge Admin Office,    PO Box 136, 4th Floor West,
             Trenton, NJ 08666-0136
514187620   Motor Vehicle Violations Surcharges,    Po Box 4850,    Trenton, NJ  08650-4850
514964841  +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD SUITE 300,
             HIGHLANDS RANCH, COLORADO 80129-2386
514256533   Specialized Loan Servicing, LLC,    PO Box 829009,    Dallas, TX 75382-9009
514300847   Surcharge Administration Office,    State of New Jersey,    PO Box 136, 4th Floor,
             Trenton, NJ 08666-0136
514187622  +Trident Asset Management,    RE: Columbia House DVD,    PO Box 888424,    Atlanta, GA 30356-0424
514187623  +USCB Corp,    C/O Stratford Career Institute,    101 Harrison Street,    Archbald, PA 18403-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:52     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2017 22:54:49     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514187604  +EDI: AFNIRECOVERY.COM Jul 19 2017 22:33:00      AFNI,    C/O Verizon,    PO Box 3097,
             Bloomington, IL 61702-3097
514309612   EDI: AIS.COM Jul 19 2017 22:33:00      American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK  73124-8838
514299735   EDI: AIS.COM Jul 19 2017 22:33:00      American InfoSource LP as agent for,
             Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514187605  +EDI: BANKAMER2.COM Jul 19 2017 22:28:00      Bank Of America,    Po Box 17054,
             Wilmington, DE 19850-7054
514187607  +E-mail/Text: bankruptcy@usecapital.com Jul 19 2017 22:55:52     Capital Accounts,
             C/O Gladwyn D Baptist Md,    2120 Crestmoor Rd Suite 3001,    Nashville, TN 37215-2613
514187608  +EDI: AMINFOFP.COM Jul 19 2017 22:33:00      First Premier Bank,    601 S Minnesota Avenue,
             Sioux Falls, SD 57104-4868
514187610  +EDI: IRS.COM Jul 19 2017 22:28:00      Internal Revenue Service,    1601 Market Street,
             Philadelphia, PA 19103-2309
514187617  +EDI: LTDFINANCIAL.COM Jul 19 2017 22:33:00      LTD Financial Services,
             C/O Show Master Card/Visa,    7322 Southwest Freeway - Suite 1600,    Houston, TX 77074-2134
514187618  +EDI: MID8.COM Jul 19 2017 22:33:00      Midland Credit Management,    C/O Bank Of America,
             8875 Aero Dr.,    San Diego, CA 92123-2255
514332474  +E-mail/Text: csidl@sbcglobal.net Jul 19 2017 22:55:13     Premier Bankcard/Charter,
             PO Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514187612*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
514187611*     Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
               Springfield, NJ  07081-0744
514187613*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jul 19, 2017
                              Form ID: 3180W           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@buckleymadole.com
              Seymour  Wasserstrum    on behalf of Debtor Edwin  Cruz mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                                  TOTAL: 6
```